IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GEORGE YAHIM ANDERSON                                                      PLAINTIFF

v.                                                                  No. 1:20CV260-GHD-JMV

SCOTT BENSON, ET AL.                                                      DEFENDANTS

ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On January 21, 2021, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, as the court received mail returned from the address the plaintiff provided. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the  20th  day of January, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE